```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Melvin Marinkovic

     v.                                          Civil No. 19-cv-209-JL

Michael Osborne, et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 19, 2019.

                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Date: June 13, 2019

cc:   Melvin Marinkovic, pro se